# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132110

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                        SC: 132110
                                        COA: 267736
                                        Wayne CC: 03-000939

MARLIN DEVON HOLLAND,
     Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the July 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006                                _____

d1218                                              Clerk